THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* LESTER JARVIS, Appellant.

(Submitted March 18, 1935; decided April 17, 1935.)

*Milton R. Kroopf* for appellant.

*William Copeland Dodge, District Attorney* (*Philip A. Donohue* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.